

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00699-CR

**IN RE** Albert **NICOLAS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  November 23, 2016

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

Relator filed this petition for writ of mandamus on October 24, 2016, alleging the trial court had failed to rule on motions he had filed. On November 8, 2016, Respondent filed with this court a copy of an order denying the motions. Therefore, this mandamus proceeding has become moot and is, accordingly, dismissed.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. B93-6 and B93-7, styled *The State of Texas v. Albert Nicolas, Jr., aka Allen Nicolas*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding.